In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-029 CV


____________________



IN THE INTEREST OF J.G. and T.L.






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 05-12-11130-CV






MEMORANDUM OPINION


 Cathleen Luce Glass appeals from an order terminating her parental rights to her
minor children J.G. and T.L., and Jon Glass appeals from an order terminating his parental
rights to his minor child J.G. The trial court found, by clear and convincing evidence, that
statutory grounds existed for the termination and that termination of the Glasses' parental
rights would be in the best interest of the children. See Tex. Fam. Code Ann. § 161.001 (1)
(D), (E), (N), (O) and (2) (Vernon Supp. 2006). 

 The Glasses' court-appointed appellate counsel submitted briefs in which she
concludes that there are no arguable grounds to be advanced on appeal. See Anders v.
California, 386 U.S. 738, 87 S.Ct.1396, 18 L.Ed.2d 493 (1967); In re L.D.T., 161 S.W.3d
728, 731 (Tex. App.--Beaumont 2005, no pet.). The briefs provide counsel's professional
evaluation of the record. Counsel served each of the appellants with a copy of the Anders
brief filed on his or her behalf. Counsel moved to withdraw and requested extensions of time
for filing pro se briefs. On May 24, 2007, we granted extensions of time for filing pro se
briefs. Neither appellant filed a pro se response. 

 We have independently reviewed the record and counsel's briefs and agree the appeal
is frivolous. We conclude that no arguable grounds for appeal exist and we therefore affirm
the judgment of the trial court. We grant appellate counsel's motions to withdraw. (1)

 AFFIRMED.

 
 __________________________________

 CHARLES KREGER

 Justice

Submitted on August 21, 2007

Opinion Delivered August 30, 2007


Before McKeithen, C.J., Gaultney, and Kreger, JJ.

1. In connection with withdrawing from the case, counsel has a duty to inform the
appellants of the result of this appeal and that they each have a right to file a petition for
review with the Texas Supreme Court. See Tex. R. App. P. 53; In re K.D., 127 S.W.3d
66, 67 n.3 (Tex. App.--Houston [1st Dist.] 2003, no pet.).